IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DEONTE CULPEPPER, #M-05266,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 11-cv-284-JPG |
| | ) | |
| **WARDEN SWARTZ, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

     Plaintiff filed a civil complaint in this Court on April 8, 2011, and on the same date filed a motion for leave to proceed *in forma pauperis* (Doc. 2). On April 12, 2011, the Court granted that Motion, and sent an order to Plaintiff's listed address at Pinckneyville Correctional Center. On May 23, 2011, that order was returned to this Court as undeliverable, evidencing a relocation on Plaintiff's part, and a failure to provide this Court with an updated address. Pursuant to Local Rule 3.1(b), plaintiffs are under a continuing obligation to keep the Clerk of Court and each opposing party informed of any change in address or relocation. The Court will not independently investigate a party's whereabouts. This information is to be relayed in writing and not later than **7 days** after a transfer or other change in address occurs. Failure to comply with this obligation causes a delay in the transmission of court documents and will result in dismissal of a plaintiff's action for failure to follow the Local Rules of this Court.

     Though Plaintiff relocated sometime after May 23, 2011, he has not provided this Court with an updated address. The 7 day window for providing this information passed a number of

months ago.  Therefore, pursuant to the Local Rule 3.1(b):

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** for failure to comply with this Court's Local Rule 3.1(b).  The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED:   September 8, 2011

*s/J. Phil Gilbert*
**United States District Judge**